# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MARK ANTHONY BUTCHER,**

    **Petitioner,**

  **v.**

**BRANDESHAWN HARRIS, WARDEN,
TRUMBULL CORRECTIONAL
INSTITUTION,**

    **Respondent.**

**CASE NO. 2:19-CV-273
JUDGE JAMES L. GRAHAM
Magistrate Judge Chelsey M. Vascura**

## ORDER

On August 15, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 14.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 14) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

Date: October 29, 2019                              _____s/James L. Graham_____
                                                                          **JAMES L. GRAHAM
UNITED STATES DISTRICT JUDGE**